UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

K.S. and M.B., individually and on behalf
of E.S.,

Plaintiffs,

-v-

NEW YORK CITY DEPARTMENT OF
EDUCATION,

Defendant.

25-CV-3274 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Counsel for both parties shall file a jointly proposed briefing schedule within 21 days

after service of the complaint.

If opposing counsel has not filed an appearance on ECF, appearing counsel shall serve a

copy of this order on opposing counsel within seven days.

SO ORDERED.

Dated:  April 22, 2025
New York, New York

J. PAUL OETKEN
United States District Judge